# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Ronnell Perkins, ) | No. CV 1-06-1177-NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| California Department of Corrections and ) Rehabilitation, et al., ) | |
| Defendants. ) | |

Service Process and Returns (Doc. 21) for Defendant McGuinness was filed indicating that service was unexecuted. Given Plaintiff's inability to access an address for Defendant McGuinness, defense counsel will be required to provide Defendant McGuinness's address. If Defendant McGuinness is still employed by Department of Corrections ("DOC"), defense counsel shall provide his work address to Plaintiff. If Defendant is no longer employed by DOC, defense counsel shall provide his last known home address to the Court **under seal**.

**IT IS THEREFORE ORDERED:**

(1) That within 10 days of the date this Order is filed, counsel for Defendants shall provide Plaintiff with a current work address for Defendant McGuinness if he is still employed by DOC. If Plaintiff is provided this information, he shall prepare and return a

1  service packet to the Clerk of the Court within 15 days. The Clerk of the Court is
2  directed to send to Plaintiff a service packet for Defendant McGuinness;
3      (3) That within 10 days of the date this Order is filed, counsel for Defendants shall
4  file **under seal** the last known home address for Defendant McGuinness if he is no longer
5  employed by DOC. Upon receipt of that information, the Clerk of the Court shall prepare
6  and send to the U.S. Marshal service packets for service of the summons and complaint
7  upon Defendant McGuinness; and
8      (4) That the time for completing service upon Defendant Guiness is extended
9  sixty (60) from the date this Order is filed.
10  DATED this 15th day of July, 2009.

_____
Neil V. Wake
United States District Judge