IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Ronnell Perkins,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>California Department of Corrections and Rehabilitation, et al.,<br><br>　　　　Defendants. | No. CV 1-06-1177-NVW<br><br>**ORDER** |

A responsive pleading from Defendant McGuinness was due October 13, 2009, and none has been filed.

IT IS THEREFORE ORDERED that Plaintiff show cause by November 23, 2009, why this action should not be dismissed as against Defendant McGuinness for failure to prosecute unless before then Plaintiff has filed an application for entry of default of Defendant McGuinness or Defendant McGuinness has filed a responsive pleading.

DATED this 9th day of November, 2009.

　　　　　　　　　　　　　　　　　　／s／ Neil V. Wake
　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　United States District Judge